**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| GABRIEL CHAVEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>D. JUDD,<br><br>　　　　Defendant(s). | No. EDCV 08-696-AHM (AGR)<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file *de novo*, including the Magistrate Judge's Report and Recommendation. The Court agrees with the recommendation of the Magistrate Judge.

　　　IT IS ORDERED that Defendant's motion for summary judgment be granted.

DATED: November 9, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　A. HOWARD MATZ
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE