# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GABRIEL CHAVEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>D. JUDD,<br><br>　　　　Defendant(s). | No. CV 08-696-AHM (AGR)<br><br>**JUDGMENT** |

　　　Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

　　　IT IS ADJUDGED that Defendant's motion for summary judgment is granted and Judgment is entered in favor of Defendant.

DATED: November 9, 2010

**JS-6**

_____
　　　A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE