# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL CHAVEZ,<br><br>        Plaintiff,<br><br>  v.<br><br>D. JUDD,<br><br>        Defendant. | No. EDCV 08-696-AHM (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE'S |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS ORDERED that Defendant's motion for summary judgment be granted.

DATED: September 28, 2011

                                                A. HOWARD MATZ<br>
                                  UNITED STATES DISTRICT JUDGE