1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11    GABRIEL CHAVEZ,                    )        No.  EDCV 08-696-AHM (AGR)
                                        )
12                    Plaintiff,        )
                                        )        ORDER ACCEPTING FINDINGS AND
13        v.                            )        RECOMMENDATION OF UNITED
                                        )        STATES MAGISTRATE JUDGE'S
14    D. JUDD,                          )
                                        )
15                    Defendant.        )
                                        )
16
17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on

18    file, and the Report and Recommendation of the United States Magistrate Judge.

19    Plaintiff has not filed any Objections to the Report.  The Court accepts the findings

20    and recommendation of the Magistrate Judge.

21        IT IS ORDERED that Defendant's motion for summary judgment be granted.

22

23    DATED:   September 28, 2011

24
25                                              _____
26                                                    A. HOWARD MATZ
                                                UNITED STATES DISTRICT JUDGE
27
28