# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL CHAVEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>D. JUDD,<br><br>    Defendant. | No. EDCV 08-696-AHM (AGR)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Defendant's motion for summary judgment is granted and Judgment is entered in favor of Defendant.

DATED: September 28, 2011

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**JS-6**